# Third District Court of Appeal

## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-72
Lower Tribunal Nos. 19-312AP and 18-1012SP

————————

## All Insurance Restoration Services, Inc., etc.,
Appellant,

vs.

## People's Trust Insurance Company,
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Giasi Law, P.A., and Melissa A. Giasi (Tampa), for appellant.

Brett R. Frankel and Jonathan M. Sabghir (Deerfield Beach); Cole, Scott & Kissane, P.A. and Mark D. Tinker (Tampa), for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.